IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GRISELDA CORONADO,<br>　　Plaintiff,<br>v.<br><br>CHOBANI IDAHO, LLC　an Idaho Limited Liability Company and CHOBANI, LLC, a Delaware Limited Liability Company,<br><br>　　Defendants. | Case No. 1:18-cv-087-BLW<br>**JUDGMENT** |

Upon review of the Stipulation for Dismissal With Prejudice, (Dkt. 51), and for good cause appearing therefore;

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Stipulation (docket no. 51) is APPROVED and that the Complaint filed in the above-entitled matter be, and the same is hereby, **DISMISSED WITH PREJUDICE,** each party to bear their own costs and attorney fees.  The Clerk shall close this case.

DATED: January 23, 2020

_____
B. Lynn Winmill
United States District Judge